Bridgette Vation

FILED
DALLAS COUNTY
2/13/2015 3:00:27 PM
FELICIA PITRE
DISTRICT CLERK

05-15-00194-CV

## CAUSE NO. DC-13-12150

| | | |
|---|---|---|
| **SAMROD CORPORATION d/b/a** | § | **IN THE DISTRICT COURT** |
| **BIG D TRAVEL CENTER** | § | |
| | § | FILED IN |
| | § | 5th COURT OF APPEALS |
| *Plaintiff,* | § | DALLAS, TEXAS |
| | § | 2/17/2015 10:44:49 AM |
| **v.** | § | LISA MATZ |
| | § | **192ND JUDICIAL DISTRICT** Clerk |
| | § | |
| **HME EXECUTIVE COACH, INC.** | § | |
| **and SHAHZAD AZIZ CHAUDHRY** | § | |
| | § | |
| *Defendants.* | § | **DALLAS COUNTY, TEXAS** |

## DEFENDANTS' NOTICE OF APPEAL

**May It Please The Court:**

COME NOW, Defendants, HME Executive Coach, Inc. and Shahzad Aziz Chaudhry, by and through undersigned counsel, and respectfully give notice of their intent to appeal the trial court's judgment rendered on January 14, 2015. This appeal is taken to the Fifth Court of Appeals at Dallas, Texas.

Respectfully submitted,
**JOHN H. CARNEY & ASSOCIATES**

By: /s/ Bernard E. Zwillenberg

John H. Carney
johnhatchettcarney@gmail.com
State Bar No. 03832200

Bernard E. Zwillenberg
bernardezwillenberg@gmail.com
State Bar No. 22299020

5005 Greenville Avenue, Suite 200
Dallas, Texas 75206
(214) 368-8300 – Telephone
(214) 369-9979 – Facsimile
*Attorneys for Defendants*

Defendants' Notice of Appeal

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2015, a true and correct copy of the foregoing document, *Defendants' Notice of Appeal* has this day been served in accordance with the Texas Rules of Civil Procedure as shown below.

Sarah Schecter                                      VIA:    ____ CMRRR #
Andrew S. Gardner                                          ____ First Class Mail
Modjarrad & Abusaad Law Firm                      __X_ Facsimile to **(972) 789-1665**
100 N. Central Expressway, Suite 1000                ____ Hand-Delivery
Richardson, Texas 75080


  /s/ Bernard E. Zwillenberg